USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAHC CROSS CREEK APARTMENTS, LLC,

               Plaintiff,

   -against-

BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.,

              Defendants.
------------------------------------------------------------X

ORDER

19 -CV-7842 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on November 6, 2019. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before May 29, 2020;

2. the last date on which to amend pleadings will be January 7, 2020;

3. the last date on which to join additional parties will be January 7, 2020;

4. a telephonic status conference will be held with the parties on April 7, 2020, at 2:00 p.m. Counsel shall call into the conference using telephone number (888) 557-8511 and access code 4862532;

5. any dispositive motion shall be served and filed on or before June 29, 2020;

6. the response and any reply to the motion shall be served and filed in accordance with Local Civil Rule 6.1 of this court;

7. if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before June 29, 2020. That document must conform to the

requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated: New York, New York
November 15, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE