UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAHC CROSS CREEK APARTMENTS, LLC, :

            Plaintiff, :

            -against- :

BANK OF AMERICA CORPORATION, et al., :

            Defendants. :
------------------------------------------------------------X

**ORDER**

19-CV-7842 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the telephone conference scheduled previously in the above-captioned action for April 7, 2020, shall be held on April 9, 2020, at 2:00 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       January 8, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE